# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SAMANTHA LLOYD, | Civil No. 3:20-CV-05500-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, hereby stipulate and agree that the case should be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further develop the claimant's record and offer the claimant the opportunity for a new hearing. In addition, the Administrative Law Judge will be instructed to further develop and determine the claimant's correct amended onset date; further evaluate the medical source opinions and indicate the weight accorded; further evaluate the claimant's subjective complaints and third party statements; and further evaluate the claimant's residual functional capacity. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 21st day of May, 2021.

*/s/ MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov